## CRIMINAL COMPLAINT
(Submitted electronically)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Samantha Hay**<br>DOB: 1998; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>25-09622MJ |

| Complaint for violations of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi) |
|---|

| COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION: |
|---|
| On or about October 22, 2025, at or near Nogales, in the District of Arizona, **Samantha Hay** did knowingly and intentionally possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi). |

| BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED: |
|---|
| On October 22, 2025, at approximately 8:51 p.m., Samantha HAY entered the United States from the Republic of Mexico at the DeConcini Port of Entry in Nogales, Arizona. HAY was the driver of a 2021 Chrysler Voyager bearing an Arizona license plate. HAY was accompanied by an adult female passenger. The vehicle is registered to HAY's husband. During the primary inspection, a Customs and Border Protection (CBP) officer noticed that HAY would break eye contact and look at the passenger during routine questioning. The officer also observed that neither HAY nor the passenger had any prior border crossings. The officer referred the vehicle for a secondary inspection. During the secondary inspection, a CBP officer received a negative, binding customs declaration from HAY and the passenger. A CBP canine, trained to detect the odor of narcotics, alerted to trained odor coming from the rear seats of the vehicle. Officers searched the vehicle and found five packages of suspected narcotics concealed inside a floor compartment in the rear seating area. A representative sample of the contents of the packages was field tested and yielded positive results for the properties of fentanyl. The packages of fentanyl weighed 5.32 kilograms.<br><br>After waiving her *Miranda* rights, HAY admitted she crossed into Mexico for the purpose of transporting narcotics from Mexico into the United States. HAY stated she and the passenger drove the vehicle to the Walmart located in Nogales, Sonora, Mexico. HAYS said the vehicle was picked up by a family member and returned about 1.5 hours later. HAY said both she and the passenger were aware the vehicle contained drugs, and that they would be getting paid $1,500 to smuggle the narcotics. |

| MATERIAL WITNESSES IN RELATION TO THE CHARGE: | |
|---|---|
| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT (official title)<br>**CLAUDIA I REYES**  Digitally signed by CLAUDIA I REYES<br>Date: 2025.10.23 13:32:16 -07'00' |
| | OFFICIAL TITLE<br>Task Force Officer Claudia Reyes<br>Homeland Security Investigations |
| Sworn to telephonically.<br>SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>October 23, 2025 |

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1 and 54

Reviewed by AUSA Berman